CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SPAHI, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>NCB, a FEDERAL SAVINGS BANK; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV10-9055 VBF (VBKx)<br><br>JUDGMENT |

    The Court, the Honorable Valerie Baker Fairbank, District Judge, presiding, having ordered that the Plaintiff's First Amended Complaint be dismissed without leave to amend,

    IT IS ORDERED AND ADJUDGED that Judgment shall enter in favor of Defendant NCB, a Federal Savings Bank and against Plaintiff Omar Spahi. Defendant shall be permitted to recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 8-25-11

*Valerie Baker Fairbank*
Hon. Valerie Baker Fairbank
United States District Judge

CV-10-9055 VBF (VBKx)

-1-
Judgment